IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0058 |
| ) | |
| **FELIX JOSEPH WALWYN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated October 31, 2025, ECF No. 55, recommending that the Defendant's plea of guilty to Count One of the Information, Possession with Intent to Distribute Marijuana, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 55, is **ADOPTED;** it is further

**ORDERED** that Defendant Felix Joseph Walwyn's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Felix Joseph Walwyn is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **December 22, 2025;** it is further

*United States v. Walwyn*
Case No. 3:25-cr-0058
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **January 13, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **January 23, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **February 9, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **February 19, 2026, at 9:30 A.M. in STT Courtroom No. 1**.

**Dated:** November 19, 2025              */s/ Robert A. Molloy*
                                          **ROBERT A. MOLLOY**
                                          **Chief Judge**